ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Pranam Global Tech, Inc. | ) ASBCA No. 62589 |
| | ) |
| Under Contract No. W912JB-19-C-5006 | ) |

APPEARANCES FOR THE APPELLANT:    Samuel S. Finnerty, Esq.
        Meghan F. Leemon, Esq.
        Lauren R. Brier, Esq.
         PilieroMazza PLLC
         Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
         Army Chief Trial Attorney
        Sean M. Connolly, Esq.
         Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 21, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62589, Appeal of Pranam Global Tech, Inc., rendered in conformance with the Board's Charter.

Dated:  April 21, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals